683 A.2d 288

UNIVERSITY OF PITTSBURGH MEDICAL
CENTER, Appellant,

v.

UNEMPLOYMENT COMPENSATION
APPEAL BOARD, Appellee.

Supreme Court of Pennsylvania.

Argued Sept. 16, 1996.

Decided Oct. 8, 1996.

Edward E. McGinley, Jr., Janice G. Barone, Pittsburgh, for appellant.

Randall S. Brandes, Clifford Blaze, Lawrence E. Montcrief, Joseph F. Lindsey, for appellee.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE and NIGRO, JJ.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

NEWMAN, J., did not participate in the consideration or decision of this case.

CAPPY, J., dissents and would reach the merits of the case.